Case 1:98-cv-00068   Document 10   Filed in TXSD on 11/19/1998   Page 1 of 1

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

CAB-98-68 10

3. Do you own any cash, or do you have money in checking or savings accounts?

Yes ☐  No ☑  (Include any funds in prison accounts.)

If the answer is "yes," state the total value of the items owned.

ONLY 92 dollars in prison account

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?

Yes ☐  No ☐

If the answer is "yes," describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

United States District Court
Southern District of Texas
ENTERED

NOV 1 9 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___Sept-25-98___
(Date)

_W. Gmo Pulido_
Signature of Applicant

---

## CERTIFICATE
### (Prisoner Accounts Only)

I certify that the applicant named herein has the sum of $ ___92⁰⁰___ on account to his credit at the ___FCI Allenwood, White Deer, PA 17887___ institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution: _____

I further certify that during the last six months the applicant's average balance was $ ___168⁰⁰___

_Dana Piegula / Case Manager   Sept-24-98_
(Authorized Officer of Institution)

---

## ORDER OF COURT

| The application is hereby denied | The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor. |
|---|---|
| _____  _____ <br> United States Judge    Date | _____  __11/19/98__ <br> United States Judge <br> or Magistrate    Date |

ClickPDF - www.hotpdf.com