13

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 12 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| WILFRANO PULIDO CERVANTES | § | |
| Plaintiff-Petitioner, | § | |
| | § | CIVIL ACTION NO. B-98-068 |
| vs. | § | |
| | § | CRIMINAL NO. B-95-00263-04 |
| UNITED STATES OF AMERICA | § | |
| Defendant-Respondent. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND DISMISSING PETITION

Before the Court is Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation of February 16, 1999, should be adopted and the petition be **DISMISSED**.

Further, it is hereby **ORDERED** that all pending motions are **DISMISSED** as **MOOT**.

DONE this _11th_ day of May, 1999, in Brownsville, Texas.

_____
Filemon B. Vela
United States District Judge